

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00189-CV

| | | |
|---|---|---|
| IN THE ESTATE OF GUS W. RIEFLER, JR., DECEASED | § | On Appeal from the County Court at Law |
| | § | of Cooke County (PR-17203-1) |
| | § | December 3, 2020 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a judgment that Danny Joe Jonas Jr. take nothing.

It is further ordered that appellee Danny Joe Jonas Jr. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell